# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201700100

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## SAMUEL T. BOYLES
Hospitalman Apprentice (E-2), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Michael D. Zimmerman, USMC.
Convening Authority: Commanding General, Training Command, Quantico, VA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Michael E. Sayegh, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 30 June 2017

———————————

Before CAMPBELL, FULTON, and HUTCHISON, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental promulgating order will reflect that following the merger of Specifications 2 and 5 under Charge I, Specification 2 reads as follows: In that Hospitalman Apprentice Samuel T. Boyles, U.S. Navy Reserves, on active duty, did, at an unknown location, on or about 10 January 2016, commit a lewd act upon D.M.S., a child who had not attained the age of 16 years, to wit: intentionally communicating indecent language to D.M.S., through communication technology, and intentionally sending a digital image of an erect penis to D.M.S. through communication technology with an intent to arouse

or gratify his sexual desire. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

For the Court



R.H. TROIDL
Clerk of Court